**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 04-5128 (RHK/RLE)

KAREN VONESCHEN,

        Plaintiff,

vs.

BIOMET, INC.,

   and

JOHN DOE COMPANIES,

        Defendants.

**ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT BIOMET, INC. AND JOHN DOE COMPANIES WITH PREJUDICE**

**ORDER and JUDGMENT**

It is hereby **ORDERED**, based on the parties' executed and filed Stipulation of Dismissal with Prejudice pursuant to Rule 41, that all of Plaintiff Karen VonEschen's claims against Defendant Biomet, Inc. and John Doe Companies are hereby **DISMISSED** in their entirety, on the merits, **WITH PREJUDICE**, and without further costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 7, 2005

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge